AO 256 (Rev. 2/86)

# CRIMINAL DOCKET U.S. District Court — misdemeanor

**THOMPSON, Debra**

| PO | ☐ | 0417 | 04 | Assigned 1707 |
|---|---|---|---|---|
| Misd. | ☒ | | | Date/Sentence |
| Felony | ☐ | District | Off | Judge/Magistr |

☐ WRIT ☐ JUVENILE ☐ ALIAS ☐ OFFENSE ON INDEX CARD

Case Filed: 12/14/87
Docket No.: 00055
Def.: 01

## I. CHARGES

| US TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 18:641 | Embezzlement of Public Money (ct. 1) | 1 | |

SUPERSEDING COUNTS

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver
- KEY DATE: 12/14/87 — b) ☒ Receive file R20/21
- END INTERVAL TWO — KEY DATE APPLICABLE: 1-12-88 — ☒ Pled guilty

1st appears with or waives counsel | ARRAIGNMENT 1-12-88 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE

## III. MAGISTRATE

INITIAL APPEARANCE DATE
PRELIMINARY EXAMINATION OR REMOVAL HEARING
☐ WAIVED ☐ NOT WAIVED
☐ INTERVENING INDICTMENT

## IV. ATTORNEYS

U.S. Attorney or Asst.: **John S. Bruce**

Defense: 1 ☒ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

1209 Ormandy Ave.
Jacksonville, NC 28540

Federal Public Defender

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |
|---|---|---|---|---|---|

| DATE<br>DOCUMENT NO | Yr | Docket No | Def | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE<br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI EXCLUDABLE DEL<br>Start Date / End Date | Lu Code |
|---|---|---|---|---|---|---|---|



**V. PROCEEDINGS**

| Date | # | Proceedings |
|---|---|---|
| 10/1/87 | 1 | **ORDER-** the Federal Public Defender is directed to provide representation in this action; the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges; FURTHER ORDERED that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Federal Rule of Criminal Procedure 17(b) and the May 26, 1987 Standing Order of this Court filed in the Miscellaneous Order Book #4, at page 115. McCOTTER, C.K., U.S. Mag.; cys to FPD & AUSA   bb |
| 12/14/87 | 2 | Received Rule 20 Consent to Transfer from ED/Calif. w/cert. copy of docket entries; cert. copy of Information cys to AUSA; USPO; FPD; & Judge Fox w/transmittal letter; also rec'd JS-3 closing card   bb |
| 12/15/87 | | Letter to USAtty. advising receipt of Rule 20 papers from EDCalif & setting prposed date for acceptance of plea on Jan. 19, 1988; cy to USPO; USMS; Judge Fox; FPD   bb |
| 12-22-87 | | **NOTICE ISSUED** For Filing of Consent and Acceptance of Plea , Tues, Jan. 12, 1988 at 10:00am New Bern Div., Before Mag. McCotter. lc: AUSA, USM, USPO, FPD Office, Court Reporter, Joyce Todd-Civil Sect., Honorable Charles K. McCotter, Jr. New Bern Office.   jh |
| 1-12-88 | 3 | **New Bern - Magistrate McCotter - Lib Leonard Ct. Reporter**<br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE IN A MISDEMEANOR CASE** - executed<br>Plea of guilty entered<br>Rule 11 |
| | 4 | **JUDGMENT AND PROBATION/COMMITMENT ORDER -**<br>1 yr - ESS - 3 yrs. prob. u/following special conditions:<br>1. Not vioalte any federal, state or local law<br>2. deft. is to make restitution in the sum of $1,450.00 to the California Employmet Development Department or the California Dept. of Labor whichever is the appropriate victim in this case, under supervision of Prob. Office.<br>3. It is further ordered that the deft. pay a special assessment fee in the sum of $25.00 under the supervision of the Prob. Office.<br>(McCotter, Mag.) Cr. OB#6, P. 150. cys.: deft. FPD, USM, USA and USPO   (ent. 1/15/88).   sr |
| 7/21/94 | | **SATISFACTION OF JUDGMENT**   fs |



